

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-18-00500-CV

Matthew **HOKE**,
Appellant

v.

Abbie **HOKE**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-17328
Honorable Solomon Casseb, III, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED. The costs of this appeal are taxed against the party which incurred them.

It is so **ORDERED** on March 27, 2019.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.

Keith E. Hottle, Clerk of Court